AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2021

SEAN F. McAVOY, CLERK

JENNY B.,
_____
  *Plaintiff*
    v.
KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,
_____
  *Defendant*

)
)
)
)
)
)

Civil Action No.   1:20-CV-3070-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Plaintiff's Motion for Summary Judgment, ECF No. 11, is GRANTED, and the matter is REMANDED to the Commissioner for additional proceedings.
Defendant's Motion for Summary Judgment, ECF No. 12, is DENIED.
Judgment is entered for the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Rosanna Malouf Peterson _____ on motions for summary judgment.


Date:  August 20, 2021 _____

                 *CLERK OF COURT*

                 SEAN F. McAVOY _____

                 s/ Sara Gore _____
                               *(By) Deputy Clerk*

                 Sara Gore _____